**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO VASQUEZ, | CASE NO. CV F 10-2299 LJO GSA |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO DISMISS ACTION |
| vs. | |
| FOWLER MANAGEMENT AND CONSULTING, LLC, et al., | |
| Defendants. / | |

This Court's November 2, 2011 order required the parties, no later than November 11, 2011, to file appropriate papers to dismiss or conclude this action. The parties have failed to file papers to comply with the November 2, 2011 order. This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS the parties, no later than November 21, 2011, to file papers to show cause why sanctions, including dismissal of this action with or without prejudice and monetary sanctions against counsel and/or the parties, should not be imposed for failure to comply with the November 2, 2011 order. This order to show cause will be discharged if, no later than November 21, 2011, papers are filed to dismiss this action in its entirety.

IT IS SO ORDERED.

**Dated:   November 14, 2011**            /s/ Lawrence J. O'Neill

1

1                                                      UNITED STATES DISTRICT JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28