David D. Deason (SBN 207733)
e-mail: David@yourlaborlawyers.com
Matthew F. Archbold (SBN 210369)
e-mail: Matthew@yourlaborlawyers.com
DEASON & ARCHBOLD
3300 Irvine Avenue, Suite 245
Newport Beach, CA 92660
Telephone: (949) 794-9560
Facsimile: (949) 794-9517

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO VASQUEZ,<br><br>                    Plaintiff,<br><br>        vs.<br><br>FOWLER MANAGEMENT & CONSULTING, LLC, a Delaware corporation doing business in California as "Liberty Bail Bonds;" LIBERTY BAIL BONDS, INC., a California corporation doing business as "Liberty Bail Bonds;" and DOES 1 through 10, inclusive.<br>                    Defendants. | Case No.: **10−CV−02299−LJO −GSA**<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL** |

   Pursuant to the Joint Stipulation for Dismissal, the Court Orders that, pursuant to Federal Rule of Civil Procedure, 41(a)(1), the above-captioned action be dismissed in its entirety, with prejudice.  The clerk is directed to close this action.

IT IS SO ORDERED.

1
2      Dated:   **November 15, 2011**              **/s/ Lawrence J. O'Neill**
3                                                  UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28